AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| OFFICER ALICE M. CARSON-JOHNSON <br><br> *Plaintiff(s)* <br> v. <br> GARY TUGGLE, Interim Commissioner <br> and <br> BALTIMORE CITY POLICE DEPARTMENT <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:18-CV-03064-RDB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GARY TUGGLE, Interim Comissioner
Baltimore City Police Department
601 E. Fayette Street
Baltimore, MD  21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael E. Glass, MBA, Esq.
The Michael E. Glass Law Firm
201 N. Charles Street, Suite 1900
Baltimore, MD  21201
(410) 779-0600
mglass@mglasslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: October 9, 2018

Signature of [signature]

[Seal: United States District Court for The District Of Maryland]

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| OFFICER ALICE M. CARSON-JOHNSON<br><br>*Plaintiff(s)*<br>v.<br>GARY TUGGLE, Interim Commissioner<br>and<br>BALTIMORE CITY POLICE DEPARTMENT<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:18-CV-03064-RDB<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BALTIMORE CITY POLICE DEPARTMENT
601 E. Fayette Street
Baltimore, MD  21202

Serve On:
Brian E. Frosch, Maryland Attorney General
200 St. Paul Place
Baltimore, MD  21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael E. Glass, MBA, Esq.
The Michael E. Glass Law FIrm
201 N. Charles Street, Suite 1900
Baltimore, MD  21201
(410) 779-0600
mglass@mglasslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   October 9,  2018

Signature of *[signature]*